Denise Bourgeois Haley
Attorney at Law: 143709
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
CLARESSA LAVOIE BLACK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARESSA LAVOIE BLACK )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KILOLO KIJAKAZI, )<br>Acting Commissioner of Social Security, )<br>)<br>)<br>Defendant. )<br>_____ ) | Case No.: 1:20-cv-01166-EPG<br><br>ORDER RE: STIPULATION TO EXTEND TIME TO SEND PLAINTIFF'S LETTER BRIEF TO DEFENDANT<br><br>(FIRST REQUEST) |

Plaintiff Claressa Lavoie Black and Defendant Kilolo Kijakazi, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 53 days from August 7, 2021 to September 29, 2021 for Plaintiff to send her letter brief; with all other dates in the Court's Order extended accordingly. This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented. Counsel has been inundated with hearings in June and motions in July. Upon the conclusion of the hearings, counsel had not been able to do any of the scheduled motions during that time and counsel is also required to keep updated on

tasks. Counsel had to cancel a vacation to complete some of the motions. Counsel rescheduled her vacation with her children to be July 27, 2021 to August 10, 2021. Counsel respectfully makes this request in good faith.

DATE: August 4, 2021                Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ *Denise Bourgeois Haley*

BY: _____
Denise Bourgeois Haley
Attorney for plaintiff Ms. Claressa Lavoie Black

DATE:  August 4, 2021
TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division

/s/ *S. Wyeth McAdam*

BY: _____
S. Wyeth McAdam
Special Assistant United States Attorney
Attorneys for defendant Kilolo Kijakazi,
Acting Commissioner of Social Security
|*authorized by e-mail|

**ORDER**

Pursuant to the stipulation of the parties (ECF No. 15), IT IS HEREBY ORDERED that the deadline for Plaintiff to serve Defendant with Plaintiff's Letter Brief is extended to September 29, 2021. All other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated:   **August 5, 2021**              /s/ Erica P. Grosjean
                                                          UNITED STATES MAGISTRATE JUDGE