UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARESSA LAVOIE BLACK,<br><br>Plaintiff,<br><br>v.<br><br>COMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No.  1:20-cv-01166-EPG<br><br>ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE OPENING BRIEF<br><br>(ECF No. 22) |

Pursuant to the parties' stipulation (ECF No. 22), IT IS HEREBY ORDERED that Plaintiff shall file and serve an Opening Brief by March 18, 2022. All subsequent deadlines in the Scheduling Order (ECF No. 7) are extended accordingly.

IT IS SO ORDERED.

Dated:  **February 8, 2022**          /s/ Erica P. Grosjean
                    UNITED STATES MAGISTRATE JUDGE

1