PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration
CHANTAL R. JENKINS, PA SBN 307531
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (510) 970-4823
    Facsimile: (415) 744-0134
    E-Mail: Chantal.Jenkins@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRENSO DIVISION

| | |
|---|---|
| CLARESSA LAVOIE BLACK,<br><br>    Plaintiff,<br><br>vs.<br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 1:20-cv-01166-EPG<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a 30-day extension from April 14, 2022 through May 16, 2022 to respond to Plaintiff's Motion for Summary Judgment. Additional time is requested to consider settlement.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

1                                       Respectfully submitted,

2                                       Law Offices of Lawrence D. Rohlfing, Inc., CPC

3 Dated:  April 14, 2022     By:     */s/ Laura Krank by Chantal R. Jenkins**

4                                         *As authorized *via* email on April 14, 2022
                                        LAURA KRANK

5                                         Attorney for Plaintiff

6

7 Dated:  April 14, 2022                 PHILLIP A. TALBERT
                                           United States Attorney

8                                         PETER K. THOMPSON

9                                         Acting Regional Chief Counsel, Region IX
                                        Social Security Administration

10

11                           By:     */s/ Chantal R. Jenkins*

12                                         CHANTAL R. JENKINS
                                        Special Assistant United States Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# ORDER

Pursuant to the parties' stipulation (ECF No. 26), IT IS HEREBY ORDERED that the deadline for Defendant to file a Responsive Brief is extended to May 16, 2022. All remaining deadlines in the Scheduling Order (ECF No. 7) are extended accordingly.

IT IS SO ORDERED.

Dated:   **April 15, 2022**                    /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE