PHILLIP A. TALBERT
United States Attorney
PETE THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration
CHANTAL R. JENKINS, PA SBN 307531
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (510) 970-4823
    Facsimile: (415) 744-0134
    E-Mail: Chantal.Jenkins@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| CLARESSA LAVOIE BLACK,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 1:20-cv-01166-EPG<br><br>**STIPULATION AND ORDER TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |

    IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

    On remand, the Commissioner will further develop the record as necessary, and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

    Respectfully submitted this 3rd day of May 2022.

DATED: May 4, 2022

PHILLIP A. TALBERT
United States Attorney

PETE THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration

s/ *Chantal R. Jenkins*
CHANTAL R. JENKINS
Special Assistant United States Attorney

Attorneys for Defendant

DATED: May 4, 2022

*s/Laura Krank by Chantal R. Jenkins*
LAURA KRANK
*As authorized via e-mail on May 2, 2022*
Attorney for Plaintiff

## **ORDER**

Based upon the parties' stipulation (ECF No. 28), IT IS HEREBY ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the stipulation. The Clerk of the Court is directed to enter a judgment in favor of Plaintiff and against Defendant.

IT IS SO ORDERED.

Dated: **May 4, 2022**          /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE